**BANNUM, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Dismas Charities, Inc., Defendant–Appellee.**

No. 2009–5064.

United States Court of Appeals,
Federal Circuit.

Nov. 5, 2009.

Michael A. Gordon, Michael A. Gordon PLLC, of Washington, DC, argued for plaintiff-appellant.

Delisa M. Sanchez, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief was Dionis M. Gauvin, Attorney Advisor, Office of the General Counsel, Commercial Law Branch, Federal Bureau of Prisons, of Washington, DC.

Daniel S. Herzfeld, Pillsbury Winthrop Shaw Pittman LLP, of McLean, VA, argued for defendant-appellee Dismas Charities, Inc. With him on the brief were Alex D. Tomaszczuk and Orest J. Jowyk.

LOURIE, RADER, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.